COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-076-CV

 

IN RE RUSSELL JAY REGER                                                      RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition to mandamus the Judge of the 17th District Court and is of
the opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus is denied.

 

BOB MCCOY

JUSTICE

 

 

PANEL A: 
MCCOY, J.; CAYCE, C.J.; and DAUPHINOT, J.

 

DAUPHINOT, J. would request a response.

 

DELIVERED: 
March 31, 2008











    [1]See
Tex. R. App. P. 47.4.